Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____    RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____  START TIME: _____  END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. _____

================================

_____                                  _____
                                                         Plaintiff's Counsel
                vs

_____                                  _____
                                                         Defendant's Counsel
================================                         Mitchell R. Harris

### COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing     X  Status Conference

☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____  ☐ filed ☐ docketed
☐ ………. _____ Hearing continued until _____ at _____